

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00072-CV

| | | |
|---|---|---|
| Oncor Electric Delivery Company, LLC | § | From County Court at Law No. 1 |
| v. | § | of Wichita County (C-326-E) |
| Brenda Stone, As Trustee of the Ramming Land Trust, and Greg Stone | § | December 12, 2013 |
| | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. We reverse the trial court's order and remand the case for the trial court to render judgment on the special commissioners' award.

We further order that appellees Brenda Stone, as trustee of the Ramming Land Trust, and Greg Stone shall, jointly and severally, pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By _____
Chief Justice Terrie Livingston